UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY MILNE,<br><br>       Plaintiff,<br><br>   v.<br><br>SEARS HOLDINGS CORPORATION, et al.,<br><br>       Defendants. | Case No. 15-cv-05551-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 31 |

Plaintiff Harley Milne has filed a Notice of Voluntary Dismissal dated February 29, 2016, stating that Plaintiff wishes to dismiss his claims against Defendant HireRight, LLC with prejudice.  ECF No. 31.  "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice."  Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Because the Notice was filed before an answer or motion for summary judgment has been served on Plaintiff, dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

All claims between Plaintiff and HireRight, LLC have been dismissed with prejudice.  The Clerk is directed to terminate HireRight, LLC as a party in this case.

IT IS SO ORDERED.

Dated: February 29, 2016

JON S. TIGAR
United States District Judge