UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARLEY MILNE,<br><br>            Plaintiff,<br><br>    v.<br><br>SEARS HOLDINGS CORPORATION,<br><br>            Defendant. | Case No. 15-cv-05551-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: ECF No. 25 |

Before the Court is Defendant Sears Holdings Corp.'s Motion to Dismiss. ECF No. 25. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds the matter suitable for disposition without oral argument. The hearing on this matter, currently scheduled for March 31, 2016, is hereby vacated.

IT IS SO ORDERED.

Dated: March 21, 2016

                                                 JON S. TIGAR<br>
                                       United States District Judge